**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>     Plaintiff,<br><br>  v.<br><br>NAVINET, INC. and JOHN DOES 1-10,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:15-cv-10474-DPW<br>)<br>) Hon. Douglas P. Woodlock<br>)<br>) Magistrate: Hon. Judith G. Dein<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, PHYSICIANS HEALTHSOURCE, INC., and Defendant, NAVINET, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, class allegations without prejudice, each side to bear its own costs.

                         Respectfully submitted,

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., | NAVINET, INC. |
| By: s/Brian J. Wanca<br>Brian J. Wanca<br>Ryan M. Kelly<br>Anderson + Wanca<br>3701 Algonquin Rd., Ste. 500<br>Rolling Meadows. IL 60008<br>Telephone: 847-368-1500<br>Fax: 847-368-1501<br>bwanca@andersonwanca.com<br>rkelly@andersonwanca.com | By: s/Erin A. Walsh<br>Eric L. Samore<br>Erin A. Walsh<br>Smith Amundsen LLC<br>15 N. Michigan Ave., Suite 3300<br>Chicago, IL 60601<br>Telephone: 312-894-3251<br>Facsimile: 312-894-3210<br>esamore@salawus.com<br>ewalsh@salawus.com |
| SWARTZ & SWARTZ<br>Alan L. Cantor, BBO #072360<br>10 Marshall Street<br>Boston, MA 02108 | CHOATE, HALL & STEWART LLP<br>Mark D. Cahill, BBO #544693<br>Samantha A. Krasner, BBO #672598<br>Two International Place |

| | |
|---|---|
| Telephone:  617-742-1900 | Boston, MA  02110 |
| Facsimile:  617-367-7193 | Telephone:  617-248-5241 |
| acantor@swartzlaw.com | Facsimile:   617-502-5241 |
| | mcahill@choate.com |
| *Attorneys for Plaintiff* | skrasner@choate.com |
| *Physicians Healthsource, Inc.* | |
| | *Attorneys for Defendant* |
| | *Navinet, Inc.* |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 11, 2015, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                    /s/Brian J. Wanca